## Commonwealth *v.* Jones, Appellant.

Submitted December 12, 1969. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Vram Nedurian, Jr.,* Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.